Gregory B. Smith (USB 6657)
GREG SMITH & ASSOCIATES
7324 South Union Park Avenue
Midvale, UT  84047
(801) 641-3397
gs@justiceinutahnow.com

    *Attorney for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### STATE OF UTAH

| | |
|---|---|
| ELY SOUZA and ROB FLOOK<br><br>Plaintiffs,<br><br>*vs.*<br><br>SABRINA EBERLING and BROTHERHOOD MOTORS, an UTAH LLC,<br><br>Defendant | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Case 1:21-cv-00173-DBP |

Plaintiffs, ELY SOUZA, and ROB FLOOK, by and through their counsel, hereby dismiss this action without prejudice.  FRCP 41 allows for a voluntary dismissal by a plaintiff without a Court Order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Defendant has not been served; thus, no Answer has been filed.

    DATED this 8th day of June, 2022

    /s/ Gregory B. Smith, attorney for Plaintiffs

1